```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                  CASE NO. 11-60146-CR-ZLOCH
```

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                       **O R D E R**

PHILLIPE DELBECQ,

      Defendant.
_____/

THIS MATTER is before the Court upon the Report and Recommendation (DE 13) filed herein by United States Magistrate Judge Robin S. Rosenbaum and upon Defendant Philippe Delbecq's Motion To Dismiss Indictment (DE 9). The Court has conducted a *de novo* review of the entire record herein and is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Objections contained in Defendant Philippe Delbecq's Objection To Report And Recommendation Of General Magistrate (DE 14) be and the same are hereby **OVERRULED**;

2. The Report and Recommendation (DE 13) filed herein by United States Magistrate Judge Robin S. Rosenbaum be and the same is hereby approved, adopted and ratified by the Court; and

3. Defendant Philippe Delbecq's Motion To Dismiss Indictment (DE 9) be and the same is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this   20th   day of September, 2011.

                                            WILLIAM J. ZLOCH
                                            United States District Judge

Copies furnished:

The Honorable Robin S. Rosenbaum
United States Magistrate Judge

All Counsel of Record